```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   EASTERN DISTRICT OF WASHINGTON
 8  FRED CHISOM,                    )
                                    )
 9              Plaintiff,          )   NO. CV-05-5022-MWL
                                    )
10     v.                           )   ORDER ADOPTING REPORT AND
                                    )   RECOMMENDATION TO DISMISS
11                                  )   PLAINTIFF'S FIRST AMENDED
    SGT. GRAHAM, C/O DUNLEAVY,      )   COMPLAINT WITH PREJUDICE
12  and WASHINGTON STATE PRISON,    )
                                    )
13              Defendants.         )
    _____)
14
```

15      Magistrate Judge Leavitt filed a Report and Recommendation on
16 June 8, 2005, recommending that Plaintiff's First Amended
17 Complaint (Ct. Rec. 22) be **DISMISSED with prejudice**. (Ct. Rec.
18 23.) The deadline for filing objections has passed and no
19 objections have been filed. On June 13, 2005, Plaintiff filed a
20 Motion to Amend Complaint to Correct Deficiencies (Ct. Rec. 24).
21 In his motion Plaintiff restates the same arguments articulated in
22 the First Amended Complaint.

23      Having reviewed the report and considering that no objections
24 were filed, the report is **ADOPTED** in its entirety and **IT IS**
25 **ORDERED** that Plaintiff's First Amended Complaint (Ct. Rec. 22) is
26 **DISMISSED with prejudice.**
27 ///
28

ORDER ADOPTING REPORT AND RECOMMENDATION
TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT WITH PREJUDICE - 1

1  **IT IS SO ORDERED**. The District Court Executive shall forward
2  a copy of this Order to the parties, enter judgment and **CLOSE** the
3  file.
4      **DATED** this 20th day of June, 2005.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT WITH PREJUDICE - 2